936

No. 11-1258. KIVISTO v. SOIFER ET AL. C. A. 11th Cir. Certiorari denied.

No. 11-1260. WILSON v. BIRNBERG ET AL. C. A. 5th Cir. Certiorari denied.

No. 11-1270. AABDOLLAH v. AABDOLLAH. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11-1271. TRUSTEE OF NORTEL NETWORKS UK PENSION PLAN ET AL. v. NORTEL NETWORKS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 11-1272. JACKSON v. MECOSTA COUNTY MEDICAL CENTER ET AL. Ct. App. Mich. Certiorari denied.

No. 11-1273. WIECKIEWICZ v. EDUCATIONAL CREDIT MANAGEMENT CORP. C. A. 11th Cir. Certiorari denied.

No. 11-1276. MIKEL, INDIVIDUALLY AND AS FATHER AND NEXT FRIEND OF MIKEL v. SCHOOL BOARD OF SPOTSYLVANIA COUNTY. Sup. Ct. Va. Certiorari denied.

No. 11-1279. JOHNSON v. BARTOS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11-1283. RODRIGUEZ v. SEA SEARCH ARMADA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11-1294. REPUBLIC OF IRAQ v. WYE OAK TECHNOLOGY, INC. C. A. 4th Cir. Certiorari denied.

No. 11-1296. KATZ-PUESCHEL v. DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.

No. 11-1297. M. H. R., A CHILD v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11-1311. DUNG PHAN v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 11-1315. FRANKLIN v. ESTATE OF OVERBEY, DECEASED, ET AL. Sup. Ct. Mo. Certiorari denied.